```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 19-03469-HWV
Joseph Williams                                                          Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke               Page 1 of 2              Date Rcvd: Mar 03, 2020
                             Form ID: 318                  Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
```
db             +Joseph Williams,    454 Broad Street Ext,    Delta, PA 17314-8502
5235104        +Bloom & Associates P.A.,    PO Box 42826,    Baltimore, MD 21284-2826
5235107        +CBCS,   PO Box 2589,    Columbus, OH 43216-2589
5235108        +Coca-Cola Refreshments,    PO Box 4108,    Boston, MA 02211-4108
5235109        +Complete Collection Service,    1007 N Federal HWY, #280,    Fort Lauderdale, FL 33304-1422
5235110        +Constar Financial Services, LLC,    10400 N 25th Ave, Suit 100,    Phoenix, AZ 85021-1610
5235117        +FMS Inc,   PO Box 707600,    Tulsa, OK 74170-7600
5235114        +Fidelity Bank,    PO Box 105075,    Atlanta, GA 30348-5075
5235115        +First Data Global Leasing,    PO Box 173845,    Denver, CO 80217-3845
5235116         First Federal Credit Control,    24700 Chargrin BLVD STE 205,    Cleveland, OH 44122-5662
5235119        +Lancaster DHIA,    1592 Old Line Road,    Manheim, PA 17545-8222
5235120         M&T Bank,   PO Box 188,    Buffalo, NY 14240-0188
5235123        +MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5235122        +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
5235125        +Patriot Propane,    PO Box 302,    Mount Joy, PA 17552-0302
5235126         PennyMac,   PO Box 660929,    Dallas, TX 75266-0929
5235128        +Pro Co,   PO Box 2462,    Aston, PA 19014-0462
5235130        +Radius Global Solutions LLC,    PO Box 390900,    Mail Code CSB2,    Minneapolis, MN 55439-0990
5235134         TLX Rewards/SYNCB,    PO Box 530949,    Atlanta, GA 30353-0949
5235132         The Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Mar 04 2020 00:08:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5235100        +E-mail/Text: bankruptcygroup@apgfcu.com Mar 03 2020 19:09:02      APG FCU,    PO Box 1176,
                 Aberdeen, MD 21001-6176
5235102         E-mail/Text: cesar.murillo@bmsi.org Mar 03 2020 19:09:27      Baltimore Medical System,
                 PO Box 1593,    Merrifield, VA 22116-1593
5235103        +EDI: BANKAMER.COM Mar 04 2020 00:08:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19850-5019
5235101         EDI: CBSAAFES.COM Mar 04 2020 00:08:00      Army Airforce Exchange,
                 3911 South Walton Walker Blvd,    Dallas, TX 75236-1509
5235105         E-mail/Text: cms-bk@cms-collect.com Mar 03 2020 19:09:06      Capital Management Services LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
5235106         EDI: CAPITALONE.COM Mar 04 2020 00:08:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
5235111        +E-mail/Text: egssupportservices@alorica.com Mar 03 2020 19:09:15      EGS Financial Care Inc.,
                 PO Box 1020,    Dept. 806,    Horsham, PA 19044-8020
5235113        +E-mail/Text: bknotice@ercbpo.com Mar 03 2020 19:09:14       ERC,   PO Box 23870,
                 Jacksonville, FL 32241-3870
5235112         E-mail/Text: bbagley@enerbankusa.com Mar 03 2020 19:09:06      EnerBank USA,    PO Box 26856,
                 Salt Lake City, UT 84126-0856
5235118         EDI: IIC9.COM Mar 04 2020 00:08:00     IC System,    Attn: Bankruptcy,
                 444 Highway 96 East, PO Box 64378,    Saint Paul, MN 55164-0378
5235121        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 03 2020 19:10:34      Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
5235124         EDI: RMSC.COM Mar 04 2020 00:08:00     Old Navy/Synchrony Bank,    PO Box 530942,
                 Atlanta, GA 30353-0942
5235127         EDI: PRA.COM Mar 04 2020 00:08:00     Portfolio RC,    PO Box 12914,    Norfolk, VA 23541-0914
5236810         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2020 19:09:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5235129         EDI: RMSC.COM Mar 04 2020 00:08:00     QCard,    PO Box 530905,    Atlanta, GA 30353-0905
5235131         E-mail/Text: Supportservices@receivablesperformance.com Mar 03 2020 19:09:23
                 Receivables Performance Management,    PO Box 1548,    Lynnwood, WA 98046-1548
5235477        +EDI: RMSC.COM Mar 04 2020 00:08:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5235133         EDI: CBS7AVE Mar 04 2020 00:08:00     Through the Country Door,    1112 7th Avenue,
                 Monroe, WI 53566-1364
5235135         EDI: TFSR.COM Mar 04 2020 00:08:00     Toyota Financial Service,    PO Box 5855,
                 Carol Stream, IL 60197-5855
5235136        +E-mail/Text: bankruptcydepartment@tsico.com Mar 03 2020 19:09:22      Transworld Systems Inc.,
                 500 Virginia Dr Suit 514,    Fort Washington, PA 19034-2733
5235137         EDI: USBANKARS.COM Mar 04 2020 00:08:00     US Bank,    Cardmember Service,    PO Box 790408,
                 Saint Louis, MO 63166-9801
5235138        +EDI: VERIZONCOMB.COM Mar 04 2020 00:08:00      Verizon,    PO Box 28000,
                 Lehigh Valley, PA 18002-8000
                                                                                              TOTAL: 23
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5293592*          PennyMac,   PO Box 660929,   Dallas, TX 75266-0929
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
```
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
              Michael R Caum    on behalf of Debtor 1 Joseph  Williams mikecaumesq@comcast.net
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5
```

| | | |
|---|---|---|
| Debtor 1 | Joseph Williams<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4954<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–03469–HWV | |

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Williams

3/3/20

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**